ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
TARA U. TEEGARDEN
Nevada Bar No. 15344
Email: Tara.Teegarden@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| YUNA CHOI, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation; DOES I through X; and ROE CORPORATIONS I through X;<br><br>Defendants. | CASE NO.: 2:20-cv-1329-RFB-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (ECF No. 1-1)** |

The parties, by and through their undersigned counsel of record, hereby stipulate and agree that the time for Defendants STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("STATE FARM" or "Defendant") to file their response to Plaintiffs' Complaint, said response being due on July 24, 2020, be extended until July 31, 2020.

State Farm timely removed this matter on July 17, 2020 (ECF No. 1), and as such, its responsive pleading is currently due on July 24, 2020.

**Reason for Extension**

Because of the complexity and extent of the allegations and claims made in Plaintiffs' Complaint, Defendant requires additional time to perform an investigation prior to filing a



4818-4981-6260.1

responsive pleading and to respond accordingly.  This stipulation is made in good faith and not for the purpose of delay.

This is the first extension of time requested by counsel for filing Defendant's response to Plaintiffs' Complaint.

DATED this 24th day of July, 2020.

LEWIS BRISBOIS BISGAARD & SMITH

*/s/ CHERYL A. GRAMES*
ROBERT W. FREEMAN
Nevada Bar No. 3062
CHERYL A. GRAMES
Nevada Bar No. 12752
TARA U. TEEGARDEN
Nevada Bar No. 15344
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

DATED this 24th day of July, 2020.

MARKMAN LAW

*/s/ DAVID MARKMAN*
David Markman, Esq.
Nevada Bar No. 12440
4484 S. Pecos Rd. # 130
Las Vegas, Nevada 89121
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this 27th day of July, 2020.

_____
U.S. MAGISTRATE JUDGE

4818-4981-6260.1

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of July, 2020, I electronically filed the **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (ECF No. 1-1)** with the Clerk of the Court through Case Management/Electronic Filing System.

Steven K. Parke, Esq.
THE LAW FIRM OF PARKE ESQUIRE
330 E. Charleston Blvd., Suite 204
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

Jose E. Valenzuela III, Esq.
V3 Law, LLC
4484 S. Pecos Rd., Ste. 140
Las Vegas, Nevada 89121

David A. Markman, Esq.
Markman Law
4484 S. Pecos Rd., Ste. 140
Las Vegas, Nevada 89121

By  /s/ *Mary Bradley-Estrada*
An Employee of LEWIS BRISBOIS BISGAARD & SMITH