ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
TARA U. TEEGARDEN
Nevada Bar No. 15344
Email: Tara.Teegarden@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

\*\*\*

| | |
|---|---|
| YUNA CHOI, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation; DOES I through X; and ROE CORPORATIONS I through X;<br><br>Defendants. | CASE NO.: 2:20-cv-1329-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[SECOND REQUEST]** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case ninety (90) days, up to and including Monday, September 27, 2021. In addition, the parties request that the all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties state as follows:

1. On March 27, 2020, Plaintiff filed her Complaint in the Clark County District Court, Nevada.

2. On June 10, 2020, Plaintiff served the Complaint on the Nevada Department of

4814-6734-0001.1

Business and Industry, Division of Insurance.

3. On July 17, 2020, Defendant filed its Petition for Removal.

4. On July 30, 2020, Defendant filed its Answer to Complaint (pursuant to stipulation extension (ECF No. 7)).

5. On August 19, 2020, the parties conducted an initial FRCP 26(f) conference

6. On September 2, 2020, the Court entered the Stipulated Discovery Order.

7. On September 30, 2021, Defendant served its FRCP 26 Initial Disclosures on Plaintiff.

8. On October 23, 2020, Plaintiff served her FRCP 26 Initial Disclosures on Defendant.

9. On November 19, 2020, Defendant served written discovery on Plaintiff. Plaintiff served her responses on December 30, 2020.

10. On November 24, 2020, Plaintiff served written discovery on Defendant. Defendant served their responses on January 6, 2021.

11. On December 30, 2020, Plaintiff served her first supplement to her FRCP 26 Disclosures.

### DISCOVERY REMAINING

1. The parties will continue participating in written discovery.

2. Defendant will take the deposition of Plaintiff.

3. Defendant will serve a Notice of Independent Medical Examination.

4. Plaintiff will take the deposition of Defendant's Person Most Knowledgeable.

5. The parties may take the depositions of any and all other witnesses garnered through discovery.

### WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.



4814-6734-0001.1

The parties seek additional time to complete discovery for several reasons, none of which are for an improper purpose or for the purpose of delay. First, Counsel and Defendant are practicing continue to work remotely, which has resulted in increased amounts of time for communications and coordinating documents. Second, the parties are moving forward with depositions, but due to scheduling constraints, Plaintiff's deposition of Defendant's FRCP 30(b)(6) witness as well as Plaintiff's independent medical examination and deposition will not be able to take place with sufficient time in advance of the deadline to serve initial expert designations (currently set for April 29, 2021). Accordingly, the parties request an extension of the current discovery deadlines to allow the parties an opportunity to develop their respective cases in chief.

<u>Extension or Modification of The Discovery Plan and Scheduling Order</u>. LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3.

This is the second request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | *Monday, June 28, 2021* | *Monday, September 27, 2021* |
| Deadline to Amend Pleadings or Add Parties | *Tuesday, March 30, 2021* | *Monday, June 28, 2021* |
| Expert Disclosure pursuant to FRCP26 (a)(2) | *Thursday, April 29, 2021* | *Wednesday, July 28, 2021* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Monday, May 31, 2021* | *Monday, August 30, 2021* |
| Dispositive Motions | *Wednesday, July 28, 2021* | *Tuesday, October 26, 2021* |



4814-6734-0001.1                                   3

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Joint Pretrial Order | *Friday, August 27, 2021* | *Thursday, November 25, 2021* |

WHEREFORE, the parties respectfully request that this Court extend the discovery period by ninety (90) days from the current deadline of June 28, 2021 up to and including September 27, 2021 and the other dates as outlined in accordance with the table above.

<span style="color:red">If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.</span>

DATED this 16th day of March, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Cheryl A. Grames*
ROBERT W. FREEMAN
Nevada Bar No. 3062
CHERYL A. GRAMES
Nevada Bar No. 12752
TARA U. TEEGARDEN
Nevada Bar No. 15344
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

DATED this 16th day of March, 2021.

MARKMAN LAW

*/s/ David A. Markman*
DAVID A. MARKMAN
Nevada Bar No. 12440
4484 S. Pecos Rd., Ste. 140
Las Vegas, Nevada 89121
*Attorneys for Plaintiff YUNA CHOI*

## ORDER

**IT IS SO ORDERED:**

Dated this 18th day of March, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**

4814-6734-0001.1

4