ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| YUNA CHOI, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation; DOES I through X; and ROE CORPORATIONS I through X;<br><br>Defendants. | CASE NO.: 2:20-cv-1329-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[THIRD REQUEST]** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case sixty (60) days, up to and including Wednesday November 24, 2021. In addition, the parties request that the all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Request, the parties state as follows:

1. On March 27, 2020, Plaintiff filed her Complaint in the Clark County District Court, Nevada.

2. On June 10, 2020, Plaintiff served the Complaint on the Nevada Department of Business and Industry, Division of Insurance.

4819-5092-4526.1

3. On July 17, 2020, Defendant filed its Petition for Removal.

4. On July 30, 2020, Defendant filed its Answer to Complaint (pursuant to stipulation extension (ECF No. 7)).

5. On August 19, 2020, the parties conducted an initial FRCP 26(f) conference

6. On September 2, 2020, the Court entered the Stipulated Discovery Order.

7. On September 30, 2021, Defendant served its FRCP 26 Initial Disclosures on Plaintiff.

8. On October 23, 2020, Plaintiff served her FRCP 26 Initial Disclosures on Defendant.

9. On November 19, 2020, Defendant served written discovery on Plaintiff. Plaintiff served her responses on December 30, 2020.

10. On November 24, 2020, Plaintiff served written discovery on Defendant. Defendant served its responses on January 6, 2021.

11. On December 30, 2020, Plaintiff served her first supplement to her FRCP 26 Disclosures.

12. On March 29, 2021, Counsel conferred regarding tentative deposition topics for an FRCP 30(b)(6) witness deposition of Defendant.

13. On March 31, 2021, Defendant noticed its intent to serve records subpoenas on Plaintiff's treatment providers and employer.

14. On April 14, 2021, Defendant deposed Plaintiff.

15. On April 14, 2021, Defendant re-noticed its intent to serve records subpoenas on Plaintiff's treatment providers and employer, as an administrative oversight caused the subpoenas not to have been served after Defendant noticed its intent to serve them on March 31, 2021.

16. On May 14, 2021, Defendant served a supplement to its FRCP 26 Initial Disclosures containing medical records and bills it had received as a result of its records subpoenas.

///

4819-5092-4526.1

2

**DISCOVERY REMAINING**

1. The parties will continue participating in written discovery.
2. Defendant will serve a Notice of Independent Medical Examination.
3. Plaintiff will take the deposition of Defendant's FRCP 30(b)(6) witness and/or the claims specialist.
4. The parties may take the depositions of any and all other witnesses garnered through discovery.
5. The parties will designate initial expert witnesses.
6. The parties may designate rebuttal expert witnesses.
7. The parties may depose expert witnesses.

**WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

The parties seek additional time to complete discovery for several reasons, none of which are for an improper purpose or for the purpose of delay. First, Counsel and Defendant continue to work remotely, which has resulted in increased amounts of time for communications and coordinating document productions. Second, not all of the recipients of Defendant's records subpoenas have provided responses thereto, and these documents are relevant to the claims and defenses in this matter. Third, the parties are moving forward with depositions, but due to scheduling constraints, Plaintiff's deposition of Defendant's FRCP 30(b)(6) witness as well as Plaintiff's independent medical examination will not be able to take place with sufficient time in advance of the deadline to serve initial expert designations (currently set for July 28, 2021). Accordingly, the parties request an extension of the current discovery deadlines to allow the parties an opportunity to develop their respective cases in chief.

/ / /

/ / /

4819-5092-4526.1                                3

Extension or Modification of The Discovery Plan and Scheduling Order. LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3.

This is the third request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | *Monday, September 27, 2021* | *Wednesday, November 24, 2021* |
| Deadline to Amend Pleadings or Add Parties | *Monday, June 28, 2021* | *Monday, June 28, 2021* <br>*(no change)* |
| Expert Disclosure pursuant to FRCP26(a)(2) | *Wednesday, July 28, 2021* | *Monday, September 27, 2021* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Monday, August 30, 2021* | *Friday, October 29, 2021* |
| Dispositive Motions | *Tuesday, October 26, 2021* | *Monday, December 27, 2021* |
| Joint Pretrial Order | *Thursday, November 25, 2021* | *Monday, January 24, 2022* <br>*(If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.)* |

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this Court extend the discovery period by sixty (60) days from the current deadline of September 27, 2021 up to and including November 24, 2021 and the other dates as outlined in accordance with the table above.

DATED this 14th day of June, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Cheryl A. Grames
ROBERT W. FREEMAN
Nevada Bar No. 3062
CHERYL A. GRAMES
Nevada Bar No. 12752
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY*

DATED this 14th day of June, 2021.

MARKMAN LAW

/s/ DAVID A. MARKMAN
DAVID A. MARKMAN
Nevada Bar No. 12440
4484 S. Pecos Rd., Ste. 140
Las Vegas, Nevada 89121
*Attorneys for Plaintiff YUNA CHOI*

**ORDER**

IT IS SO ORDERED:

Dated this 17th day of June, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**