# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

YUNA CHOI,

        Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation; DOES I through X, and ROE CORPORATIONS I through X, inclusive,

        Defendants.

2:20-cv-01329-RFB-VCF

**ORDER**

    Before the Court is Plaintiff's Motion to File Amended Complaint (ECF NO. 27).

    No opposition has been filed and the time to file an opposition has passed. Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

    Here, it would seem as though Defendants have consented to the granting of the instant motion.

    Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Motion to File Amended Complaint (ECF NO. 27) is GRANTED.

    Plaintiff must file the First Amended Complaint on or before July 30, 2021.

    DATED this 23rd day of July, 2021.

                                          _____
                                          CAM FERENBACH
                                          UNITED STATES MAGISTRATE JUDGE