ROBERT W. FREEMAN
Nevada Bar No. 3062
E-Mail: Robert.Freeman@lewisbrisbois.com
CHERYL A. GRAMES
Nevada Bar No. 12752
E-Mail: Cheryl.Grames@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual*
*Automobile Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| YUNA CHOI, an individual; | CASE NO.: 2:20-cv-1329-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation; DOES I through X; and ROE CORPORATIONS I through X; | **[FOURTH REQUEST]** |
| Defendants. | |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case seventy-five (75) days, up to and including Monday February 7, 2022.  In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule.  In support of this Stipulation and Request, the parties state as follows:

1. On March 27, 2020, Plaintiff filed her Complaint in the Clark County District Court, Nevada.

2. On June 10, 2020, Plaintiff served the Complaint on the Nevada Department of Business and Industry, Division of Insurance.

4819-5092-4526.1

3.     On July 17, 2020, Defendant filed its Petition for Removal.

4.     On July 30, 2020, Defendant filed its Answer to Complaint (pursuant to stipulation extension (ECF No. 7)).

5.     On August 19, 2020, the parties conducted an initial FRCP 26(f) conference

6.     On September 2, 2020, the Court entered the Stipulated Discovery Order.

7.     On September 30, 2021, Defendant served its FRCP 26 Initial Disclosures on Plaintiff.

8.     On October 23, 2020, Plaintiff served her FRCP 26 Initial Disclosures on Defendant.

9.     On November 19, 2020, Defendant served written discovery on Plaintiff.  Plaintiff served her responses on December 30, 2020.

10.    On November 24, 2020, Plaintiff served written discovery on Defendant. Defendant served its responses on January 6, 2021.

11.    On December 30, 2020, Plaintiff served her first supplement to her FRCP 26 Disclosures.

12.    On March 29, 2021, Counsel conferred regarding tentative deposition topics for an FRCP 30(b)(6) witness deposition of Defendant.

13.    On March 31, 2021, Defendant noticed its intent to serve records subpoenas on Plaintiff's treatment providers and employer.

14.    On April 14, 2021, Defendant deposed Plaintiff.

15.    On April 14, 2021, Defendant re-noticed its intent to serve records subpoenas on Plaintiff's treatment providers and employer, as an administrative oversight caused the subpoenas not to have been served after Defendant noticed its intent to serve them on March 31, 2021.

16.    On May 14, 2021, Defendant served a supplement to its FRCP 26 Initial Disclosures containing medical records and bills it had received as a result of its records subpoenas.

17.    On June 28, 2021, Plaintiff filed a motion to amend the Complaint.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

18. On June 29, 2021, Counsel conferred a second time regarding tentative deposition topics for an FRCP 30(b)(6) witness deposition of Defendant.

19. On July 12, 2021, the parties entered into a stipulated confidentiality and protective order in order for Defendant to produce certain confidential, proprietary, or trade secret information that may be the subject of discovery but that should not be publicly available.

20. On July 23, 2021, this Honorable Court granted Plaintiff's Motion to Amend her Complaint.

21. On July 30, 2021, Plaintiff filed her first amended Complaint.

22. On August 13, 2021, Defendant filed its answer to the First Amended Complaint.

23. On August 16, 2021, Defendant served its second supplemental disclosure.

## DISCOVERY REMAINING

1. The parties will continue participating in written discovery.

2. Plaintiff will attend her FRCP 35 Exam on August 31, 2021.

3. Plaintiff will take the deposition of Defendant's FRCP 30(b)(6) witness and/or the claims specialist.

4. The parties may take the depositions of any and all other witnesses garnered through discovery.

5. The parties will designate initial expert witnesses.

6. The parties may designate rebuttal expert witnesses.

7. The parties may depose expert witnesses.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties aver, pursuant to Local Rule 26-3, that good cause exists for the following requested extension. This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

The parties seek additional time to complete discovery for several reasons, none of which are for an improper purpose or for the purpose of delay. First, Counsel and Defendant continue to

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    work remotely, which has resulted in increased amounts of time for communications

2    and coordinating document productions.  Second, the Plaintiff's FRCP 35 exam had to be

3    postponed due to illness on the part of the examining doctor. Third, the parties are moving

4    forward with depositions, but due to scheduling constraints, and the voluminous amount of

5    documents that need to be produced by Defendant in advance of the FRCP 30(b)(6) deposition

6    following the entering of the stipulated protective order Plaintiff's deposition of Defendant's

7    FRCP 30(b)(6) witness will not be able to take place with sufficient time in advance of the

8    deadline to serve initial expert designations (currently set for September 27, 2021).  Fourth, the

9    parties want to have the ability to enter settlement discussions or attend mediation after the

10   FRCP 35 exam but prior to expending resources on expert witnesses. Accordingly, the parties

11   request an extension of the current discovery deadlines to allow the parties an opportunity to

12   develop their respective cases in chief.

13        Extension or Modification of The Discovery Plan and Scheduling Order.   LR 26-3

14   governs modifications or extension of the Discovery Plan and Scheduling Order.  Any stipulation

15   or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later

16   than twenty-one (21) days before the expiration of the subject deadline and must comply fully

17   with LR 26-3.

18        This is the fourth request for extension of time in this matter.  The parties respectfully

19   submit that the reasons set forth above constitute compelling reasons for the short extension.

20        The following is a list of the current discovery deadlines and the parties' proposed extended

21   deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut-off | *Wednesday, November 24, 2021* | *Monday, February 7, 2022* |
| Deadline to Amend Pleadings or Add Parties | *Monday, June 28, 2021* | *Monday, June 28, 2021* *(no change)* |
| Expert Disclosure pursuant to FRCP26 (a)(2) | *Monday, September 27, 2021* | *Monday, December 13, 2021* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *Friday, October 29, 2021* | *Wednesday, January 12, 2022* |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Dispositive Motions | *Monday, December 27, 2021* | *Monday, March 14, 2022* |
| Joint Pretrial Order | *Monday, January 24, 2022* | *Monday, April 11, 2022*<br><br>*(If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.)* |

WHEREFORE, the parties respectfully request that this Court extend the discovery period by sixty (75) days from the current deadline of November 24, 2021 up to and including February 7, 2022 and the other dates as outlined in accordance with the table above.

DATED this 17th day of August, 2021.          DATED this 17th day of August, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP          MARKMAN LAW

*/s/ Cheryl Grames*          */s/ David Markman*
ROBERT W. FREEMAN          DAVID A. MARKMAN
Nevada Bar No. 3062          Nevada Bar No. 12440
CHERYL A. GRAMES          4484 S. Pecos Rd., Ste. 140
Nevada Bar No. 12752          Las Vegas, Nevada 89121
6385 S. Rainbow Boulevard, Suite 600          *Attorneys for Plaintiff YUNA CHOI*
Las Vegas, Nevada 89118
*Attorneys for Defendant STATE FARM*
*MUTUAL AUTOMOBILE INSURANCE*
*COMPANY*

## ORDER

**IT IS SO ORDERED:**

Dated this 17th day of August, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4819-5092-4526.1                    5